IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROCKEFELLER PHOTOS, LLC, ) | |
| ) | |
| *Plaintiff*, ) | Case No. 1:25-cv-01685 (PTG/IDD) |
| ) | |
| v. ) | |
| ) | |
| THE ITALIAN PLACE LLC, ) | |
| ) | |
| *Defendant*. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

COMES NOW the Defendant, The Italian Place LLC, by undersigned counsel, with the consent of Plaintiff Rockefeller Photos, LLC, respectfully moving for a two-week extension of time to file its Answer. The reason for the consent motion is that undersigned counsel has been recently retained and the parties are engaged in settlement talks and hope to resolve the matter out of court. A proposed order has been filed alongside this motion.

Respectfully submitted,

　　/s/ *William N. Evans*　　
William N. Evans, Of Counsel (VSB No. 87506)
BERLIKLAW LLC
1818 Library Street, Suite 500
Reston, Virginia  20190
Tel: (703) 722-0588
WEvans@berliklaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed and served electronically by ECF to all counsel of record on November 17, 2025.

_____/s/ William N. Evans_____